| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Sullivan, Emmet G. | 2. Court or Organization<br><br>U.S. District Court for the District of Columbia | 3. Date of Report<br><br>01/24/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>333 Constitution Ave, NW<br>Washington, DC 20001 | | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Abramson Scholarship Foundation | Director |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 01/24/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Pension (D.C. Government) | $66,451.00 |
| 2. 2016 | Adjunct Professor, American University Washington College of Law | $12,400.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 01/24/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 01/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Dreyfus Government Cash Mgmt Fund (prev. Delaware Cash Mgmt Fund) | A | Dividend | J | T | Buy (add'l) | 07/06/16 | J | | |
| 2. | | | | | Sold (part) | 07/08/16 | J | A | |
| 3. | | | | | Buy (add'l) | 08/09/16 | J | | |
| 4. | | | | | Sold (part) | 08/11/16 | J | A | |
| 5. | | | | | Sold (part) | 08/25/16 | J | A | |
| 6. | | | | | Buy (add'l) | 09/06/16 | J | | |
| 7. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 8. | | | | | Buy (add'l) | 11/18/16 | J | | |
| 9. Alphabet Inc. C1 A | | None | J | T | Buy | 10/21/16 | J | | |
| 10. Apple Inc. | A | Dividend | J | T | Buy | 10/21/16 | J | | |
| 11. Broadcom Ltd. | A | Dividend | J | T | Buy | 10/21/16 | J | | |
| 12. | | | | | Buy (add'l) | 11/07/16 | J | | |
| 13. Celgene Corp. | | None | J | T | Buy | 11/07/16 | J | | |
| 14. Delaware Value Institutional Fund (same as Delaware Value Fund) | A | Dividend | J | T | | | | | |
| 15. First Trust Dorsey Wright Focus ETF (same as FT Dorsey Wright Focus) | A | Dividend | J | T | Buy (add'l) | 08/24/16 | J | | |
| 16. | | | | | Sold (part) | 12/05/16 | J | A | |
| 17. First Trust Morningstar Dividend ETF (same as FT Morningstar Dividend) | A | Dividend | J | T | Sold (part) | 12/05/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 01/24/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Harbor International Institutional Fund | A | Dividend | J | T | Sold (part) | 12/05/16 | J | A | |
| 19. Henderson European | | None | | | Sold | 07/15/16 | J | A | |
| 20. Home Depot | A | Dividend | J | T | Buy | 10/21/16 | J | | |
| 21. IShares Russell 1000 Value ETF | A | Dividend | J | T | | | | | |
| 22. IShares Russell 1000 Growth ETF | A | Dividend | J | T | Buy (add'l) | 01/07/16 | J | | |
| 23. | | | | | Sold (part) | 11/15/16 | J | A | |
| 24. IShares International Select Dividend ETF | | None | | | Sold | 01/07/16 | J | A | |
| 25. JP Morgan Mid Cap Value Select (same as JPM Midcap) | A | Dividend | J | T | | | | | |
| 26. MFS International Value Fund | A | Dividend | J | T | Buy (add'l) | 11/07/16 | J | | |
| 27. Mainstay Hi Yield Corp Fund | A | Dividend | | | Sold | 02/16/16 | J | A | |
| 28. Mainstay Floating Rate | A | Dividend | | | Sold | 08/08/16 | J | A | |
| 29. Oppenheimer Internationall Small Mid Co | A | Dividend | J | T | Sold (part) | 12/05/16 | J | A | |
| 30. Putnam Short Duration Income Fund | A | Dividend | | | Buy | 02/18/16 | J | | |
| 31. | | | | | Sold | 05/11/16 | J | A | |
| 32. Templeton Global Bond Fund (same as Templeton Global Bond Adv) | A | Dividend | | | Sold | 02/16/16 | J | A | |
| 33. T Rowe Price Emerging Markets Stock Fund | A | Dividend | J | T | Buy | 08/24/16 | J | | |
| 34. | | | | | Buy (add'l) | 11/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 01/24/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 12/05/16 | J | A | |
| 36. T Rowe Price Growth Stock Fund | A | Dividend | J | T | Buy (add'l) | 08/25/16 | J | | |
| 37. | | | | | Sold (part) | 12/05/16 | J | A | |
| 38. Thornburg Developing World Growth Fund | | None | | | Sold | 01/07/16 | J | A | |
| 39. Tesla | | None | | | Sold | 07/22/16 | K | A | |
| 40. Spider Gold Trust EFT | | None | | | Buy | 07/05/16 | J | | |
| 41. | | | | | Sold | 11/07/16 | J | A | |
| 42. Vanguard Strategic Small Cap | A | Dividend | J | T | Buy (add'l) | 08/18/16 | J | | |
| 43. | | | | | Sold (part) | 02/18/16 | J | A | |
| 44. Prudential Total Return Bond Fund | A | Dividend | K | T | Buy (add'l) | 01/07/16 | J | | |
| 45. | | | | | Buy (add'l) | 02/16/16 | J | | |
| 46. | | | | | Buy (add'l) | 05/11/16 | J | | |
| 47. | | | | | Sold (part) | 12/05/16 | J | A | |
| 48. Under Armour | | None | J | T | Buy | 07/22/16 | K | | |
| 49. United Health Group | A | Dividend | J | T | Buy | 10/21/16 | J | | |
| 50. AB Global Bond Advisor | A | Dividend | J | T | Buy | 02/16/16 | J | A | |
| 51. Vanguard REIT Index ETF | A | Dividend | | | Buy | 08/24/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 01/24/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 11/07/16 | J | A | |
| 53. Vanguard Strategic Small Cap Equity | A | Dividend | J | T | Buy | 08/08/16 | J | | |
| 54. | | | | | Sold (part) | 02/18/16 | J | A | |
| 55. Visa | A | Dividend | J | T | Buy | 10/21/16 | J | | |
| 56. Victory Munder Mid Cap Core Growth | | None | | | Sold | 02/18/16 | J | A | |
| 57. Voya Global Real Estate | A | Dividend | | | Sold | 08/24/16 | J | A | |
| 58. Weitz Value Fund | | None | | | Sold | 01/07/16 | J | A | |
| 59. Principal Midcap Fund | | None | | | Buy | 08/24/16 | J | | |
| 60. | | | | | Sold | 12/05/16 | J | A | |
| 61. First Trust US Equity Opportunity Fund | A | Dividend | J | T | Buy | 12/05/16 | J | | |
| 62. First Trust Nasdaq ABA Community Bk | A | Dividend | J | T | Buy | 12/05/16 | J | | |
| 63. First Trust Emerging Markets Alphadex | A | Dividend | J | T | Buy | 12/05/16 | J | | |
| 64. First Trust Europe Alphadex ETF | A | Dividend | J | T | Buy | 12/05/16 | J | | |
| 65. First Trust Healthcare Alhpadex ETF | A | Dividend | J | T | Buy | 12/05/16 | J | | |
| 66. First Trust Japan Alphadex EFT | A | Dividend | J | T | Buy | 12/05/16 | J | | |
| 67. First Trust Large Cap Value Opportunity ETF | A | Dividend | J | T | Buy | 12/05/16 | J | | |
| 68. First Trust Large Cap Growth Opportunity | A | Dividend | J | T | Buy | 12/05/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 01/24/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. First Trust Mid Cap Core Alphadex | A | Dividend | J | T | Buy | 12/05/16 | J | | |
| 70. First Trust NYSE Arca Bio Tech Index | A | Dividend | J | T | Buy | 12/05/16 | J | | |
| 71. First Trust Small Cap Core Alphadex | A | Dividend | J | T | Buy | 12/05/16 | J | | |
| 72. First Trust Technology Alphadex | A | Dividend | J | T | Buy | 12/05/16 | J | | |
| 73. Prudential Premier Retirement Variable Annuity (H) | | | | | | | | | |
| 74. -AST T Rowe Price Asset Allocation (same as AST T Rowe Price in 2015) | | None | L | T | Sold (part) | 01/11/16 | J | | |
| 75. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 76. | | | | | Sold (part) | 02/10/16 | J | A | |
| 77. | | | | | Buy (add'l) | 02/22/16 | J | | |
| 78. | | | | | Buy (add'l) | 03/04/16 | J | | |
| 79. | | | | | Buy (add'l) | 05/04/16 | J | | |
| 80. | | | | | Buy (add'l) | 06/06/16 | J | | |
| 81. -AST Prudential Growth Allocation | | None | M | T | Sold (part) | 01/11/16 | K | A | |
| 82. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 83. | | | | | Sold (part) | 02/10/16 | K | A | |
| 84. | | | | | Buy (add'l) | 02/22/16 | J | | |
| 85. | | | | | Buy (add'l) | 03/04/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 01/24/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 05/04/16 | J | | |
| 87. | | | | | Buy (add'l) | 06/06/16 | J | | |
| 88. -AST Advanced Strategies Portfolio | None | L | T | | Sold (part) | 01/11/16 | J | A | |
| 89. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 90. | | | | | Sold (part) | 02/10/16 | J | A | |
| 91. | | | | | Buy (add'l) | 02/22/16 | J | | |
| 92. | | | | | Buy (add'l) | 03/04/16 | J | | |
| 93. | | | | | Buy (add'l) | 05/04/16 | J | | |
| 94. | | | | | Buy (add'l) | 06/06/16 | J | | |
| 95. -AST Schroders Global Tactical Portfolio | None | L | T | | Sold (part) | 01/11/16 | J | A | |
| 96. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 97. | | | | | Sold (part) | 02/10/16 | J | A | |
| 98. | | | | | Buy (add'l) | 02/22/16 | J | | |
| 99. | | | | | Buy (add'l) | 03/04/16 | J | | |
| 100. | | | | | Buy (add'l) | 05/04/16 | J | | |
| 101. | | | | | Buy (add'l) | 06/06/16 | J | | |
| 102. -AST Investment Grade Bond | None | | | | Buy | 01/11/16 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 01/24/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 02/04/16 | K | A | |
| 104. | | | | | Buy (add'l) | 02/10/16 | K | | |
| 105. | | | | | Sold (part) | 02/22/16 | K | A | |
| 106. | | | | | Sold (part) | 03/04/16 | K | A | |
| 107. | | | | | Sold (part) | 05/04/16 | J | A | |
| 108. | | | | | Sold | 06/06/16 | J | A | |
| 109. Prudential Invt 18 Jennison | A | Dividend | | | Sold | 08/24/16 | J | A | |
| 110. Cash - Janney Montgomery Scott, LLC | | None | J | T | | | | | |
| 111. Rental Property I Income (Washington, DC) | A | Rent | O | S | | | | | |
| 112. Rental Property II Income (Washington, DC) | E | Rent | P1 | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 01/24/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts.

Line Item 111: One-half interest Rental Property I (Washington, DC) - the assessed total value is $706,000.00

Line Item 112 : One-third interest in Rental Property II (Washington, DC) - the assessed total value is $1,400,000.00

Line 48 of the 2016 report should have indicated "Sold (part)" rather than "Sold". Please accept this as an amendment to the 2016 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Emmet G. Sullivan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544